| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | CATHERINE A. CONWAY, SBN 98366 |
| 2 |   cconway@gibsondunn.com |
| | JESSE A. CRIPPS, SBN 222285 |
| 3 |   jcripps@gibsondunn.com |
| | BRADLEY J. HAMBURGER, SBN 266916 |
| 4 |   bhamburger@gibsondunn.com |
| | TIFFANY PHAN, SBN 292266 |
| 5 |   tphan@gibsondunn.com |
| | MADELEINE MCKENNA, SBN 316088 |
| 6 |   mmckenna@gibsondunn.com |
| | 333 South Grand Avenue |
| 7 | Los Angeles, California 90071 |
| | Telephone:    213.229.7000 |
| 8 | Facsimile:    213.229.7520 |
| 9 | GIBSON, DUNN & CRUTCHER LLP |
| | KATIE GEARY, SBN 323875 |
| 10 |   kgeary@gibsondunn.com |
| | 3161 Michelson Drive |
| 11 | Irvine, California 92612 |
| | Telephone:    949.451.3800 |
| 12 | Facsimile:    949.451.4220 |
| 13 | Attorneys for Defendant |
| | MARATHON REFINING LOGISTICS SERVICES LLC |
| 14 | |
| | *Additional Counsel Listed on Next Page* |
| 15 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR HAZLETT, on behalf of himself and others similarly situated, | CASE NO. 3:21-cv-04238-EMC |
| Plaintiff(s), | **JOINT STIPULATION OF DISMISSAL OF THE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | Judge:          Hon. Edward M. Chen |
| MARATHON REFINING LOGISTICS SERVICES LLC; and DOES 1 to 100, inclusive, | Complaint Filed: April 22, 2021 |
| Defendants. | FAC Filed:         August 26, 2021 |
| | Trial Date:         None set |

JOINT STIPULATION OF DISMISSAL OF THE ACTION
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)
Case No. 3:21-cv-04238-EMC

1  Joseph Lavi, Esq. (SBN 209776)
2  Jordan D. Bello, Esq. (SBN 243190)
   Vincent C. Granberry, Esq. (SBN 276483)
3  Eve Howe, Esq. (SBN 350007)
   **LAVI & EBRAHIMIAN, LLP**
4  8889 W. Olympic Blvd., Suite 200
   Beverly Hills, California 90211
5  Telephone: (310) 432-0000
   Facsimile: (310) 432-0001
6  Email:  jlavi@lelawfirm.com
7          jbello@lelawfirm.com
           vgranberry@lelawfirm.com
8          ehowe@lelawfirm.com

9  Attorneys for Plaintiff VICTOR HAZLETT
   on behalf of himself and others similarly situated
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

JOINT STIPULATION OF DISMISSAL OF THE ACTION
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)
Case No. 3:21-cv-04238-EMC

Plaintiff Victor Hazlett ("Plaintiff") and Defendant Marathon Refining Logistics Services LLC ("Defendant") (collectively, the "Parties"), through undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action as follows:

WHEREAS, the Court previously stayed this matter pending developments in *McGhee v. Tesoro Refining & Marketing Company LLC*, Case No. 3:18-cv-059999-JSW ("*McGhee*"), because the two cases are related, *See* Dkt. 32, 36, 40;

WHEREAS, the Parties fully executed a Joint Stipulation of Class Action Settlement and Release (the "Settlement") resolving both this case and the *McGhee* case in their entirety on February 4, 2025;

WHEREAS, the Settlement received final approval under the *McGhee* case on August 22, 2025, *see McGhee* Dkt. 160;

WHEREAS, in accordance with the terms of the Settlement, the Parties are to dismiss this case with prejudice within seven days of the Settlement receiving Final Approval, *see McGhee* Dkt. 148-1 at 38;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel of record, pursuant to Rule 41(a)(1)(A)(ii):

1. Plaintiff's class claims and individual claims are hereby dismissed with prejudice;
2. Each party is to bear his or its own attorney's fees and costs.

Accordingly, as counsel for both Parties have signed this stipulation, no order from the Court is necessary to effectuate dismissal of the action.

| | |
|---|---|
| DATED: August 29, 2025 | GIBSON, DUNN & CRUTCHER LLP |
| | By: */s/ Tiffany Phan* |
| |     TIFFANY PHAN |
| | Attorneys for Defendant MARATHON REFINING LOGISTICS SERVICES LLC |
| DATED: August 29, 2025 | LAVI & EBRAHIMIAN, LLP |
| | By: */s/Eve Howe* |
| |     JOSEPH LAVI, ESQ. |
| |     JORDAN D. BELLO, ESQ. |
| |     VINCENT C. GRANBERRY, ESQ. |
| |     EVE HOWE, ESQ. |
| | Attorneys for Plaintiff, VICTOR HAZLETT, on behalf of himself and others similarly situated |

**SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I hereby attest that I have obtained the concurrences of each of the above signatories for the e-filing of this Joint Stipulation.

DATED: August 29, 2025

LAVI & EBRAHIMIAN, LLP

BY: */s/ Eve Howe*
JOSEPH LAVI, ESQ.
JORDAN D. BELLO, ESQ.
VINCENT C. GRANBERRY, ESQ.
EVE HOWE, ESQ.

ATTORNEYS FOR PLAINTIFF, VICTOR HAZLETT, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED LLC